```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07426
   TRYRONE WASHINGTON
   DELORIS WASHINGTON                     CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-2498    SSN XXX-XX-2277
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/25/07 .

    2.  The case was dismissed without confirmation, 07/27/2007.

    3.  The Debtor paid a total of $     369.23 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| EMC MORTGAGE | SECURED | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL PLACEMENT S | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MCM | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SALLIE MAE SERVICING COR | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SST FAIRLANE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| PBC | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT V SCHALLER | REIMBURSEMENT | 150.00 | .00 | .00 |

         Summary of disbursements:

```
                         SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED           .00        150.00          .00          .00        150.00
PRINCIPAL PAID               .00           .00          .00          .00           .00
INTEREST PAID                .00           .00          .00          .00           .00
TOTAL PAID                   .00           .00          .00          .00           .00
```

The Debtor's attorney, ROBERT V SCHALLER             , was allowed $   3000.00 and was paid $     292.20 .

The Trustee received $       7.80 .

Refunds to the Debtor totaled $     69.23 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/08                       /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE


                                PAGE   2
        CASE NO. 07 B 07426 TRYRONE WASHINGTON & DELORIS WASHINGTON